04/12637-RGS

To: Clerk's office

Ft: Jose Davila
P.O. Box 100
S. Walpole, Ma. 02071

FILED
IN CLERKS OFFICE
2006 NOV 13  A 11: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: MOTION TO STOP THE
FILING FEE PAYMENT

    Now comes the plaintiff, Jose Davila, on the above-entitled heading, and hereby request that this Honorable court, issued a letter to the treasurer's office at MCI-CJ stating that they no longer should take money from Mr. Davila account, because he file a motion to dismiss his complaint without prejudice, within a couple of months of the filing.

    Wherefore, because the court granted the motion to dismissed plaintiff complaint (a motion that plaintiff file), this court should issued a ordered to MCI-CJ, treasurer office, not to take no more money from his account.

Respectfully submitted
Jose Davila
Jose Davila
Box 100
S. Walpole Ma. 02071

11/9/06