UNITED STATES DISTRICT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 FEB -6 P 12:24
U.S. DISTRICT COURT
DISTRICT OF MASS.

Jose Davila

    Plaintiff

  - v -

Kathleen Dennehy, et als

    defendant

C.A. No# 04-12637-RGS

## MOTION TO REINSTATE PLAINTIFF CASE

Now Comes the plaintiff, Jose Davila, on the above-entitled heading and hereby request that this Honorable Court grant this motion.

In, support of this motion, see plaintiff attached affidavit, describing that plaintiff was the one to volunteer to dismiss the proceeding without prejudice, so that certain medical remedies could be address, and that he could talked to certain family members to discussed his claims.

Wherefore, plaintiff request that this Honorable Court grant this motion.

Respectfully submitted
Jose Davila
Jose Davila
P.O. Box 100
S.Walpole ma. 02071
Signed under pains and penalties
this 2/4/07
Jose Davila

Dated 2/4/07

# AFFIDAVIT

I, Jose Davila, depose and state the following under oath:

#1. I submit this affidavit in good faith to support my motion to reinstate my case.

#2. On or about 1/5/05, plaintiff file a motion to dismiss his case without prejudice, in order to exhaust certain medical remedies and to discuss the issues with family members.

#3. On the assigned date this court allowed plaintiff's motion as described in paragraph #2.

#4. On 11/13/06, plaintiff file a motion to get the Clerk to stop taken funds from his account, so that he could file a new lawsuit, this motion was denied on 11/17/06.

#5. Plaintiff now is requesting that this court reinstate it's order and allowed him to proceed with his lawsuit, because certain remedies were addressed and plaintiff is ready to pursuant his legal claims.

Signed under pains and penalties
this 2/4/07
_Jose Davila_
Jose Davila

## Certificate of Service

I, Jose Davila, certify on this 4th day of Feb 2007 I served a true copy of said motion to Doc assigned counsel by first classed mailed

*Jose Davila*
Jose Davila